IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 15-cv-2467-CBS

RICHARD CRAFT,
    Plaintiff,
v.

CITY OF AURORA, COLORADO,
    Defendant.

---

## ORDER OF DISMISSAL
---

Based upon the filing of the Stipulated Motion to Dismiss with Prejudice (dated December 18, 2015) (Doc. # 14), this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear his or its own costs and attorney fees. The Status Conference set for February 12, 2016 is vacated.

DATED at Denver, Colorado, this 18th day of December, 2015.

BY THE COURT:


    s/Craig B. Shaffer
    United States Magistrate Judge